IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN A. HART | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF DELAWARE OFFICE | : | |
| OF PROBATION & PAROLE | : | NO. 07-4839 |

### ORDER

AND NOW, this 23rd day of April, 2008, upon consideration of the Petition for Writ of Habeas Corpus and the Commonwealth's Answer, inclusive of all exhibits annexed to thereto, the other documents filed by the parties and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DISMISSED without an evidentiary hearing; and

3. Petitioner has neither shown a denial of a constitutional right, nor established that reasonable jurists would disagree with this court's procedural and substantive disposition of his claims. Consequently, a certificate of appealability is DENIED.

IT IS SO ORDERED.

BY THE COURT:

_____
NORMA L. SHAPIRO, J.